UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MONIQUE MILLER**                                   **CIVIL ACTION**

**VERSUS**                                                      **NO: 12-1170**

**WINN-DIXIE MONTGOMERY LLC, ET AL.**    **SECTION "R"**

## ORDER OF DISMISSAL

The Court having been advised by counsel for all parties that they have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within ninety days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in ninety days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this ___15th___ day of February, 2013.

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**